UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                   ORDER
v.                                           01-CR-129A

GREGORY PATTISON,

                Defendant.

---

        The defendant, Gregory Pattison, is scheduled to be sentenced on June 29, 2006. The defendant timely filed a statement with respect to sentencing factors and objections to the presentence investigation report ("PSR") on June 2, 2006.

        The government did not timely file its statement with respect to sentencing factors, or its response to the defendant's objections. The government's statement with respect to sentencing factors was required to be filed on June 2, 2006. Its response to the defendant's objections was required to be filed on June 14, 2006. The government is hereby ordered to file an affidavit explaining the untimeliness of its submissions on or before June 30, 2006. The government is also ordered to respond to the defendant's objection to paragraph 75 of the PSR, which was not addressed in the government's untimely response. Sentencing is hereby adjourned to September 26, 2006.

IT IS SO ORDERED.

                                                      /s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED: June 28, 2006